CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy



FILED
AUG -3 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - San Jose

In re:

**LIFENG WANG.**

Debtor

Case No. **09-60187ASW**

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,987.77. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | Hai Tao Wang<br>Tong Zhou District<br>Xing Hua Nan Lu No. 18<br>Xiao Ya Ju No. 1/Ta Lou Room 1801<br>Beijing, 101100, China | | $2,987.77 |
| | Total Unclaimed Dividends: | | $2,987.77 |

Dated: August 2, 2012

_____
CAROL W. WU, TRUSTEE